■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DENNIS BROWNE, Appellant.— Motion by respondent to dismiss appeal, denied. Appellant's time to perfect the appeal is enlarged to the October Term, beginning October 2, 1961; appeal ordered on the calendar for said term. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.